STATE OF NEW JERSEY v. MICHAEL TRAPP.

May 9, 1989.

Leave to appeal granted. (See 231 *N.J.Super.* 66)

STATE OF NEW JERSEY v. WILLIE D. ETHRIDGE.

May 16, 1989.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division to supplement its opinion in respect of the effect, if any, of *State v. Washington* 223 *N.J.Super.* 367 (1988), on defendant's appeal.

VAN HOLTEN GROUP, ET AL. v. ELIZABETHTOWN WATER COMPANY.

May 16, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. REMO RENZULLI.

May 16, 1989.

Petition for certification denied.